

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00693-CR

The **STATE** of Texas,
Appellant

v.

Hector **SAREGUI-MENDOZA**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2022CVK001353D1
Honorable Jose  A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, we WITHDRAW our August 12, 2025 opinion and judgment in this case; REVERSE the trial court's order granting Hector Saregui-Mendoza's request for habeas relief; RENDER judgment denying Saregui-Mendoza's habeas relief; and REINSTATE the information charging Saregui-Mendoza with the misdemeanor offense of criminal trespass.

SIGNED October 29, 2025.

_____
Rebeca C. Martinez, Chief Justice